UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN CARY,

    Plaintiff,                              Case No. 2:24-cv-10192

v.                                         Honorable Susan K. DeClercq
                                             United States District Judge

GRETCHEN WHITMER,

    Defendant.
_____/

**ORDER CHANGING CAUSE CODE AND NATURE CODE OF CASE**

Plaintiff, a prisoner proceeding *pro se*, is suing the Governor of Michigan for violations of the United States Constitution. ECF No. 1. Plaintiff filed the case under Cause Code "2:431 Fed. Election Commission: Failure Enforce Compliance," but it should be filed under "42:1983pr: Prisoner Civil Rights." Similarly, the Nature Code is "890: Other Statutory Action," but it should be "550: Civil Rights." So the Clerk of the Court will be directed to change the cause of the suit and the nature of the suit.

Accordingly, it is **ORDERED** that the Clerk of the Court is **DIRECTED** to change the Cause Code of this case to "42:1983pr: Prisoner Civil Rights," to change the Nature Code to "550: Civil Rights," and to assign a staff attorney.

Dated: 5/7/2024                                                 */s/Susan K. DeClercq*
                                                                SUSAN K. DeCLERCQ
                                                                United States District Judge